UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                              Plaintiff,                    :
                                                            :   21 Cr. 587-03 (LGS)
            -against-                                       :
                                                            :   ORDER
ASHINE MCRAE,                                               :
                              Defendant,                    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS this case has been assigned to me for all purposes.

    WHEREAS on February 16, 2022, a Superseding Indictment was filed naming Ashine McRae as a Defendant in this action (Dkt. No. 19).  It is hereby,

    **ORDERED** that counsel for Defendant Ashine McRae and the Government shall file by Tuesday, February 22, 2022, a joint letter via CM/ECF proposing a schedule for discovery, the filing of motions, and three proposed dates for a status conference.  The parties also should state whether the parties seek to have the Court's exclude time under the Speedy Trial Act between the filing of the order and the pre-trial conference, and the basis for the exclusion.  It is further,

    **ORDERED** that all deadlines previously set in the Court's Order dated January 13, 2022 (Dkt. No 18) shall remain in effect.

Dated: February 17, 2022
       New York, New York

                                      LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE