UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                   -against-

    ASHINE MCRAE,
                                    Defendant,
------------------------------------------------------------X

21 Cr. 587-03 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that Defendant Ashine McRae's sentencing hearing shall be held on **May 22, 2023**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's pre-sentencing submission, if any, shall be filed on or before **May 2, 2023**.  The Government's pre-sentencing submission, if any, shall be filed by **May 5, 2023.**

Dated: February 1, 2023
       New York, New York

                                                    LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE