UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ASHINE MCRAE,

Defendant.

[~~PROPOSED~~] ORDER

S1 21 Cr. 587 (LGS)

WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Judge Jennifer E. Willis on January 31, 2023;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

**SO ORDERED:**

Dated: New York, New York

February 2, 2023

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

The Clerk of the Court is directed to terminate the letter motion at docket number 79.