UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                     -against-

   ASHINE MCRAE,
                                Defendant.
------------------------------------------------------------X

21 Cr. 587-03 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that sentencing currently scheduled for May 22, 2023, is adjourned to **May 23, 2023, at 11:00 a.m.**

Dated: May 5, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**