LAW OFFICE OF
# BENJAMIN SILVERMAN
224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

May 23, 2023

**Application Granted.  Defendant Ashine McRae's sentencing is adjourned to July 24, 2023, at 11:00 a.m.**  The Clerk of the Court is directed to terminate the letter motion at docket number 94.

Dated: May 23, 2023
New York, New York

*/s/ Lorna G. Schofield*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**By ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *United States v. McRae*, 21 Cr. 587 (LGS)

Your Honor:

    I represent Ashine McRae in the above-captioned case and I write with the government's consent respectfully to request that the sentencing scheduled for today be adjourned to July 24 at 11:00 am, which I understand is a date and time that is convenient for the Court. Thank you for your consideration.

                             Respectfully submitted,

                              /s/Benjamin Silverman
                             Benjamin Silverman
                             *Attorney for Ashine McRae*

cc: Counsel of record (by ECF)