UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                                                        21 Cr. 587-03 (LGS)
              -against-

                                                        ORDER
    ASHINE MCRAE,

                        Defendant.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that sentencing hearing previously scheduled for July 24, 2023, is adjourned to **November 7, 2023, at 11:00 a.m**.

Dated: July 17, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**