UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

           -against-

ASHINE MCRAE,
                               Defendant.
------------------------------------------------------------X

21 Cr. 587-03 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that sentencing hearing previously scheduled for November 7, 2023, is adjourned to **November 20, 2023, at 11:00 a.m**.

Dated: November 3, 2023
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE