UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                                                            :      21 Cr. 587-03 (LGS)
           -against-                                        :
                                                            :      ORDER
ASHINE MCRAE,                                               :
                                     Defendant.             :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that sentencing previously scheduled for November 20, 2023, is adjourned to **November 21, 2023, at 11:00 a.m.**

Dated: November 20, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**