UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                       :

UNITED STATES OF AMERICA,         :

                                      :                21 Cr. 587-03 (LGS)

            -against-            :

                                      :                     <u>ORDER</u>

ASHINE MCRAE,                :

                           Defendant.  :
----------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS a sentencing hearing was scheduled for November 21, 2023, at 11:00 a.m.

      WHEREAS Defendant refused to come to Court for this proceeding.  It is hereby

      **ORDERED** that sentencing previously scheduled for November 21, 2023, is adjourned to

**December 4, 2023, at 11:00 a.m.**  Should Defendant again refuse to come to Court, the Court

will entertain an application to force Defendant's production for his sentencing hearing.


Dated: November 21, 2023
      New York, New York

                                               **LORNA G. SCHOFIELD**
                                      **UNITED STATES DISTRICT JUDGE**