UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA,
:   **ORDER**
– v. –
:   **S1 21 Cr. 587 (LGS)**
ASHINE MCRAE,
:
Defendant.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

The Court hereby authorizes the United States Marshals Service (the "Marshals Service") and the Bureau of Prisons ("BOP") to use reasonable force necessary to remove the defendant, Ashine McRae, from the Metropolitan Detention Center ("MDC") to be sentenced in this District in *United States v. Ashine McRae*, S1 21 Cr. 587 (LGS).

Dated:   New York, New York
         December 8, 2023

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**